IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATTI M. COLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-cv-0052 ) Chief Judge Haynes |
| SAMUEL BARNES, ENOCH R. GEORGE, EDWARD A. HICKMAN, MAURY COUNTY BOARD OF EDUCATION, and MAURY COUNTY, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in open court on August 19, 2013 during the Initial Case Management Conference in this action, the Court **DECLINES** to exercise its supplemental jurisdiction over the Plaintiff's state law claims. The Plaintiff's state law claims are hereby **DISMISSED**.

It is so **ORDERED**.

**ENTERED** this 22nd day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court