IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATTI M. COLE, | ) | |
| | ) | |
| Plaintiff, | ) | JURY DEMAND |
| | ) | |
| vs. | ) | Docket No. 1:13-cv-00052 |
| | ) | |
| SAMUEL BARNES, ENOCH R. | ) | CHIEF JUDGE WILLIAM J. HAYNES, JR. |
| GEORGE, EDWARD A. HICKMAN, | ) | |
| MAURY COUNTY BOARD OF | ) | |
| EDUCATION, and MAURY COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO SET JURY TRIAL

Come the parties, by and through counsel, and move this court to set this case for a four (4) day jury trial to begin on or after April 7, 2015. In support of their motion, the parties state as follows:

On February 21, 2014, the court entered a revised Initial Case Management Order setting forth new scheduling deadlines and indicating that the court would issue a separate order setting this case for a jury trial to begin on or after February 3, 2015. (Document 28). To date, no such order has been entered. Therefore, in order to move this case towards a prompt resolution, the parties move this court to enter an order setting this case for a four (4) day jury trial to begin on or after April 7, 2015.

*ORDER*

*This motion is GRANTED. Trial is set for April 7, 2015 and the final pretrial conference is set for March 23, 2015 at 3:00 pm in Columbia.*

*[signature] 7-9-14*